BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8973
      Facsimile: (415) 744-0134
      E-Mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| VALERIE CARROLL, | CIVIL NO. 1:12-cv-01341-AWI-GSA |
|     Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have 30 days to file her responsive brief.  Defendant requests this extension of time due to the press of workload including a high volume of other disability matters in federal district court, other general civil litigation in federal district court, and several federal employment matters.  The current due date of Defendant's opening brief is September 18, 2013.  The new due date will be October 18, 2013.

//

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  September 16, 2013          */s/ Sengthiene Bosavanh*\*
SENGTHIENE BOSAVANH
Attorney for Plaintiff
(\*as authorized by e-mail on 9/16/13)

Date:  September 16, 2013           BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT

By */s/ Susan L. Smith*
SUSAN L. SMITH
Special Assistant U. S. Attorney
Attorneys for Defendant

### ORDER

The Court approves the above stipulation. Defendant's brief is due October 18, 2013.  Any reply is due fifteen days after the opposition is filed.

IT IS SO ORDERED.

Dated:  **September 18, 2013**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE