# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| Valerie Carroll,<br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br>        Defendant. | CASE NO. 1:12-cv01341-AWI-GSA<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S REPLY BRIEF |

Pursuant to the stipulation of the parties filed on November 18, 2013 (Doc. 27), the deadline for the filing of Plaintiff's Optional Reply brief is extended until November 29, 2013.

1

IT IS SO ORDERED.

Dated: **November 18, 2013**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE